**No. 60725.**—Frankenthaler Ribbons, Inc. *v.* United States, protests 285080–K and 305597–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of elastic fabrics similar in all material respects to those the subject of Abstract 59734, the claim of the plaintiff was sustained.

**No. 60726.**—Boroff-Norman Co., Inc. *v.* United States, protest 274510–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that items No. 2401 and 34120 are not in chief value of yarns, but are in chief value of ramie, the claim of the plaintiff was sustained as to said items.

**No. 60727.**—Glensder Textile Corp. et al. *v.* United States, protests 281689–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves of squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.